FILED: April 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1206
(A205-735-346)
_____

HESHAM FAWZY ELWAN

      Petitioner

v.

LORETTA E. LYNCH, Attorney General

      Respondent

_____

O R D E R
_____

The court grants the motion to extend filing time and deems the administrative record filed 04/11/2016 timely.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk